AO 83 (Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 00-00216 HG-BMK 09 |
| MARIROSE TANGI (09) | |
| (Name and Address of Defendant) | |

YOU ARE HEREBY COMMANDED TO ARREST MARIROSE TANGI (09) and bring him or her forthwith to the nearest magistrate to answer an Indictment, charging him or her with (brief description of offense)

18 USC 1955 & 2 - Conducting an Illegal Gambling Business - Count 4.
18 USC 1956(a)(1)(A)(i)&(h) - Money Laundering Conspiracy - Count 5.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 6 2007

at 10 o'clock and 00 min. A M
SUE BEITIA, CLERK

in violation of Title 18 United States Code, Section(s) 1956(a)(A)(i)&(h),1955,2 & 982.

| | |
|---|---|
| Walter A.Y.H. Chinn | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| [signature] | May 16, 2000 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Barry M. Kurren, United States Magistrate Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| Date Received | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | Special Agent | |
| Date of Arrest MAY 2 6 2000 | Rachel A Byrd | [signature] Rachel A Byrd |